Decided February 3, 1994

RICHARD LAVALLEY ET AL. *v.* JEFF CORREIA,
CONNECTICUT STATE POLICE

The petition of the petitioners Richard LaValley, Gregory Nastu, Gary Montanaro and David Schneider for certification for appeal from the Appellate Court, 33 Conn. App. 41 (AC 12202), is denied.

*Gary A. Mastronardi,* in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided February 16, 1994

JACQUELINE S. BALLATO ET AL. *v.* BOARD OF
EDUCATION OF THE TOWN OF STONINGTON

The petition of the plaintiffs Jacqueline S. Ballato, Donna B. Smith, Candace B. Wood and Celia H. Landon for certification for appeal from the Appellate Court, 33 Conn. App. 78 (AC 11740), is denied.

*Joel M. Ellis,* in support of the petition.

*Richard D. O'Connor,* in opposition.

Decided February 16, 1994